**20    CV   409**

Revised 03/06 WDNY

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NEW YORK



FILED
APR 06 2020
MARY C. LOEWENGUTH, CLERK
WESTERN DISTRICT OF NY

## FORM TO BE USED IN FILING A CIVIL COMPLAINT IN FEDERAL COURT
*(Non-Prisoner Context)*

All material filed in this Court is now available via the **INTERNET**. See **Pro Se Privacy Notice** for further information.

### 1. CAPTION OF ACTION

**A.    Full Name of Plaintiff:** NOTE: *If more than one plaintiff files this action and seeks in forma pauperis status, **each** plaintiff must submit an in forma pauperis application or the only plaintiff to be considered will be the plaintiff who filed an application.*

AUGUSTIN MUGABO

-vs-

**B.    Full Name(s) of Defendant(s)** NOTE: *Pursuant to Fed.R.Civ.P. 10(a), the names of all parties must appear in the caption. The court may not consider a claim against anyone not identified in this section as a defendant.* Add a separate sheet, if necessary.

1. MR. DONARD McANDREW
2. BUFFALO POLICE
3. COMMUNITY SERVICES FOR EVERY1
4. ___
5. ___
6. ___

### 2. STATEMENT OF JURISDICTION, VENUE and NATURE OF SUIT
*All of these sections MUST be answered*

*Identify the basis for federal Court jurisdiction over your claim, such as that the United States government is a party to the action, all the parties reside in different states and therefore you claim diversity jurisdiction, or the claim presents a federal question or arises under federal law.*

A. Basis of Jurisdiction in Federal Court: Title 18 Ch. 113. Sec 2332. Numerous times the government agencies attempt to use armed groups to kill me involving powerful weapons see attached.

*State why the Western District of New York is the proper venue for this action, such as that your claim arises in or the defendant resides in the 17 westernmost counties of New York State.*

B. Reason for Venue in the Western District: Because they government actions taking place in this area of jurisdiction

*Identify the nature of this action, such as that it is a civil rights claim, a personal injury or personal property (tort) claim, a property rights claim, or whatever it is.*

C. Nature of Suit: civil rights violations resulting in personal injury. Claim based on harm caused by losses of work and bodily harm constituted in Sec 2332, Criminal penalties against those individuals involved.

## 3. PARTIES TO THIS ACTION

**PLAINTIFF'S INFORMATION** NOTE: *To list additional plaintiffs, use this format on another sheet of paper.*

Name of First Plaintiff: AUGUSTIN MUGABO

Present Address: 2415 DELAWARE AVE #12, BUFFALO NY 14216

Name of Second Plaintiff: _____

Present Address: _____

**DEFENDANT'S INFORMATION** NOTE: *To list additional defendants, use this format on another sheet of paper.*

Name of First Defendant: BUFFALO POLICE 'D' DISTRICT.

Official Position of Defendant (if relevant): LAW ENFORCEMENT,

Address of Defendant: NORTH BUFFALO 669 Hertel Ave, Buffalo NY 14207

Name of Second Defendant: COMMUNITY SERVICES FOR EVERY 1

Official Position of Defendant (if relevant): LANDLORD

Address of Defendant: 10 OAK ST, BUFFALO NY 14203

Name of Third Defendant: _____

Official Position of Defendant (if relevant): _____

Address of Defendant: _____

## 4. PREVIOUS LAWSUITS IN STATE AND FEDERAL COURT

A.  Have you begun any other lawsuits in **state or federal court** dealing with **the same facts involved in this action**?
    Yes [X]   No [ ]

If Yes, complete the next section. NOTE: *If you have brought more than one lawsuit dealing with the same facts as this action, use this format to describe the other action(s) on another sheet of paper.*

1.  Name(s) of the parties to this other lawsuit:
    Plaintiff(s): AUGUSTIN MUGABO (SELF)

Defendant(s): THE BUFFALO GRAND HOTEL

2. Court (if federal court, name the district; if state court, name the county): _____

3. Docket or Index Number: 20-CV-348
4. Name of Judge to whom case was assigned: Hon. Richard J. Arcara
5. The approximate date the action was filed: MAR 24, 2020
6. What was the disposition of the case?

    Is it still pending? Yes [X]   No [ ]

    If not, give the approximate date it was resolved. _____

    Disposition (check those statements which apply):

    [ ] Dismissed (check the statement which indicates why it was dismissed):

        [ ] By court *sua sponte* as frivolous, malicious or for failing to state a claim upon which relief can be granted;
        [ ] By court for failure to prosecute, pay filing fee or otherwise respond to a court order;
        [ ] By court due to your voluntary withdrawal of claim;

    [ ] Judgment upon motion or after trial entered for
        [ ] plaintiff
        [ ] defendant.

## 5. STATEMENT OF CLAIM

**Please note** that it is not enough to just list the ground(s) for your action. You **must** include a statement of the facts which you believe support each of your claims. In other words, just tell the story of what happened and do not use legal jargon.

**Fed.R.Civ.P. 8(a)** states that a pleading must contain "a short and plain statement of the claim showing that the pleader is entitled to relief." "The function of pleadings under the Federal Rules is to give fair notice of the claim asserted. Fair notice is that which will enable the adverse party to answer and prepare for trial, allow the application of res judicata, and identify the nature of the case so it may be assigned the proper form of trial." Simmons v. Abruzzo, 49 F.3d 83, 86 (2d Cir. 1995).

**Fed.R.Civ.P. 10(b)** states that "[a]ll averments of claim ... shall be made in numbered paragraphs, the contents of each of which shall be limited as far a practicable to a single set of circumstances."

**A. FIRST CLAIM:** On (date of the incident) ON OR BEFORE MARCH 10, 2019, defendant (give the **name and (if relevant) the position held** of **each defendant** involved in this incident) THERE HAD BEE PRESENCE OF BUFFALO POLICE AT MY WORK SITE AT BUFFALO POLICE GRAND HOTEL SOLICITING RWANDAN INTERPOL STATIONED AT THE UNITED NATIONS BOTHERING ME AT WORK THREATENING ME

did the following to me (*briefly state what each defendant named above did*): DOING SURVEILLANCE TO PHYSICALLY HURT ME AND GET ME REMOVED FROM WORK AT THE HOTEL WHERE I WAS FINALY REMOVED ON MARCH 10, 2019

The federal basis for this claim is: 18 USC 2339(A)(B)(i)(ii)(iii) SEE USE OF SATELLITES TO TERRORIZE ME.

State briefly **exactly** what you want the Court to do for you. *Make no legal arguments and cite no cases or statutes*: ASK DEFENDANTS TO HALT THEIR DANGEROUS ACTS AGAINST ME AND PAY DAMAGES INVOLVING BODILY HARM, FINANCIAL LOSES AND FAMILY SEPARATION

**B. SECOND CLAIM:** On (*date of the incident*) POLICE RECENT ARREST OF ONE defendant (*give the name and (if relevant) position held of each defendant involved in this incident*) 03/05/2020 BECAUSE I ASKED FOR AN INVESTIGATION INTO THESE ACTS BY THEIR UNDERCOVER OFFICERS

did the following to me (*briefly state what each defendant named above did*): I WAS ARRESTED FOR ASKING FOR AN INVESTIGATION AND UNTIL TODAY I AM LIVING UNDER CONSTANT SURVEILANCE BY PLAINTIFFS.

The federal basis for this claim is: INTIMIDATION, COERTION AND CONTRACT WITH NEIGHBORS TO GET ME KILLED SEC. 2332(6)

State briefly **exactly** what you want the Court to do for you. *Make no legal arguments and cite no cases or statutes*. MAKE DEFENDANTS HALT THESE ACTS AND PAY DUE COMPENSATION ACCORDINGLY.

**If you have additional claims, use the above format to set them out on additional sheets of paper.**

4

## 6. SUMMARY OF RELIEF SOUGHT

*Summarize the relief requested by you in each statement of claim above.*

DEFENDANTS MUST STOP THEIR MURDEROUS ACT AGAINST ME AND PAY DAMAGES OF $10 MILLION EACH OCCURANCE SINCE THE START OF THIS PROBLEM.

Do you want a **jury trial**? Yes ☒  No ☐

**I declare under penalty of perjury that the foregoing is true and correct.**

Executed on  04/06/2020
              (date)

**NOTE:** *Each plaintiff must sign this complaint and must also sign all subsequent papers filed with the Court.*

_____
Signature(s) of Plaintiff(s)

5

Exhibit A



# Area 51

**Area 51**, secret U.S. Air Force military installation located at Groom Lake in southern Nevada. It is administered by Edwards Air Force Base in southern California. The installation has been the focus of numerous conspiracies involving extraterrestrial life, though its only confirmed use is as a flight testing facility.



**U-2**

U-2, a U.S. high-altitude aircraft, c. 1957.
*Underwood Archives/Shutterstock.com*



**Lockheed U-2**

U.S. Air Force Lockheed U-2 in flight, 2003.
*U.S. Air Force*



**F-117**

F-117.

For years there was speculation about the installation, especially amid growing reports of UFO sightings in the vicinity. The site became known as Area 51, which was its designation on maps of the Atomic Energy Commission. Conspiracy theories gained support in the late 1980s, when a man alleging to have worked at the installation claimed that the government was examining recovered alien spacecraft.

In 2013 the U.S. government officially acknowledged the existence of Area 51. That year the National Security Archive at the George Washington University obtained through the Freedom of Information Act (FOIA) a formerly classified CIA document that chronicled the history of the U-2 spy plane; a heavily redacted version had previously been released in 1998. According to the report, in 1955 the remote site—which included an airfield not used by the military since World War II—was selected in order to test the U-2. Test flights of that spy plane, and subsequent aircraft, accounted for many of the UFO sightings in the area; the U-2 could reach altitudes much higher than any other planes at the time. After the U-2 was put into service in 1956, Area 51 was used to develop other aircraft, including the A-12 (also known as OXCART) reconnaissance plane and the stealth fighter F-117 Nighthawk.

The Editors of Encyclopaedia Britannica This article was most recently revised and updated by Amy Tikkanen, Corrections Manager.

*Derrick C. Goode/U.S. Air Force*

CITATION INFORMATION

ARTICLE TITLE: Area 51

WEBSITE NAME: Encyclopaedia Britannica

PUBLISHER: Encyclopaedia Britannica, Inc.

DATE PUBLISHED: 04 September 2019

URL: https://www.britannica.com/place/Area-51

ACCESS DATE: March 13, 2020



A directed-energy weapon (DEW) is a type of weapon that emits energy in an aimed direction without the means of a projectile. It transfers energy to a target for a desired effect. The energy can come in various forms: Electromagnetic radiation (typically lasers or masers). Particles with mass (particle beam weapons). Sound (sonic weaponry). Electromagnetic weapons are a type of directed energy weapons which use electromagnetic radiation to deliver heat, mechanical, or electrical energy to a target to cause pain or permanent damage. They can be used against humans, electronic equipment, and military targets generally, depending on the technology hen used against equipment, directed electromagnetic energy weapons can operate similarly to omnidirectional electromagnetic pulse (EMP) devices, by inducing destructive voltage within electronic wiring. The difference is that they are directional and can be focused on a specific target using a parabolic reflector. Faraday cages may be used to provide protection from most directed and undirected EMP effects. High-energy radio frequency weapons (HERF) or high-power radio frequency weapons (HPRF) use high intensity radio waves to disrupt electronics. High Power Microwave devices use microwave radiation, which has a shorter wavelength than radio. directed energy weapons. The equipment, based on microwave, infrasound, neuro science, biofeedback, and other technology, has the capability to administer a variety of effects when remotely directed at the victim either while inside their homes or away from their homes. headaches, laser-like burns, rashes, sharp pains that feel like electrical shocks, mood alteration, and neurological trauma. Use against humans Generally considered 'non-lethal weapons', electromagnetic weaponry do however pose health threats to humans.

Ringing in one or both ears and or hear tone bursts
GERD (Difficulty in Swallowing)
Arthritis.
Eye Sight becomes blurred.
Teeth snap together when drowsy.
Loss of sleep.
Nails become wavy.
Water weight and cellulite accumulations on the upper thigh
and buttocks from cellular fluids displaced generally from the head and upper body
especially in women, where those fluids find ready redistribution in those areas.
Changes in the tone of the internal voice.
Waking up in extreme pain, and arthritis condition.
Spontaneous tearing without emotional thinking.
Mild pressure in the head, a cloudy feeling.
Increased need to urinate during the night.
Feeling puffs of air on the face and back, such may be a
demodulation of energy on the skins surface.
Sensation that blood is trickling into localized areas of the
brain and other parts of the body, this feeling is akin to the
impression that these areas were devoid of blood.
Unaccountable increased heart rate just before
drifting off to sleep causing the person to wake up.

2st Stage Signs

Burning sensation on the skin.
Loss of hair.
Feeling of temporary heating of the head. (demodulating RF effect)
Rashes.
Narcoleptic reactions, sleepiness.
Sleep only after exhaustion.
Virtual insomnia.
Miscarriage.
Gaunt face.
Facial wrinkles.
Losing skin turgor.
Hair breaks from rapid microwave heat on hair causing increase fracturing of hair shafts
from expansion of water via humidity.
Loosing Control (unexplained anger)
Heating of body. (Body feeling as if it is being cooked)
Waking after sleep feeling as though you did not sleep, children's
symptoms can manifest themselves as ADD and Hyperactivity
3rd Stage effects from exposure
Loss of coordination.
Accidents from sleeplessness.

- ✗ *Damage to eyesight.*
- ✗ *Atrophy of the muscles.*
- ✗ *Heart valve damage.*
- ✗ *Loss of weight and/or weight gain.*
- ✗ *Nausea.*
- ✗ *Sensitivity to sound.*
- ✗ *Decreased dexterity.*
- ✗ *Seizure.*
- ✗ *Choking.*
- *Vivid dreams.*
- *Lost time. (Alzheimer type symptoms)*
- *Change of mood.*
- ✗ *Heart Attack.*
- *The personality becomes quiet, a lack of thought takes place.*
- *Decrease in mental activity.*
- ✗ *Limbs jerk typically as one is trying to sleep.*
- ✓ *Weakness.*
- *Lethargy or hyperactivity.*
- *Forgetfulness.*
- ✓ *Constipation.*
- *4th Stage*
- *Syndromes.*
- *Disease.*
- *Insanity.*
- *Heart Attack.*
- *Stroke.*
- *Death.*

```
[status publish]
[geotag on]
[publicize off|twitter|facebook]
[category teknoloji]
[tags MK ULTRA PROJECT, DEW, Directed Energy Weapons, Electronic
Harassment, Symptoms]
```

In fact, "non-lethal" weapons can be deadly". Some common bio-effects of electromagnetic or other non-lethal weapons include effects to the human central nervous system resulting in physical pain, difficulty breathing, vertigo, nausea, disorientation, or other systemic discomfort, as weapons not directly considered lethal can indeed cause cumulative damage to the human body. Short exposure to intense radiation can cause heart seizure and a wide range of physical disorders. silent, covert war the targeting of specific individuals These devices are deliberately designed and used - so as not to leave evidence. Each victim has an individual story but also has a noted consistency in the abuse and the terrible health problems that affect all casualties of EMF/DEW irradiation. EMP, Pulse and Direct Energy weapons, contrary to the propaganda and lies are extremely lethal. These weapons are used to terrorize a targeted person over a period of time. These weapons come in the form of vibrations, which can be used to target a specific organ in the body causing scar tissue to form leading to the death of that organ. These weapons can cause heart attacks and strokes. There are approximately 100 plus vibrations that attack the heart. There are vibrations that cause panic attacks and sleep deprivation. There are vibrations which cause a targeted person to go mad and/or crazy, as well as many other capabilities. All that would show up in an autopsy is that the person died from natural causes.

What Are The Effects Of These Directed Energy Weapons?

It is well known and well documented that microwave and extremely low frequency (ELF) and Extremely low frequency sonic and electromagnetic frequencies can disorient and disrupt human functioning, cause memory loss and confusion. These directed energy weapons can cause nausea, ringing in the ears, fatigue, headaches, heart attacks, cancer, strokes, and a variety of other symptoms.

Symptoms Of Electronic Harassment and Radio Frequency Attack.

**1st Stage Signs**
*feeling a shock as one drifts off to sleep, or seeing*
*seeing lights as one drifts off to sleep.*
*Unaccountable increased heart rate.*
*Nervousness.*
*Irritability.*
*Aggravation reactions.*
*Erection dysfunction.*
*Compressing the vertebrae noted upon waking.*
*Sensitivity to sound.*
*Depression.*
*Minor spasms and Charlie horses.*
*Inability to concentrate.*
*Loss of memory.*
*Night sweats.*
*Sensitive ear to touch.*
*Upon waking finding that the muscles of the back are tingling as if electrified.*

JS 44 (Rev. 09/19)

# CIVIL COVER SHEET

20 CV 409-A

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
AUGUSTIN MUGABO

**DEFENDANTS**
BUFFALO POLICE
COMMUNITY SERVICES FOR EVERY 1

**(b)** County of Residence of First Listed Plaintiff: ERIE
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: ERIE
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

AUGUSTIN MUGABO

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
AUGUSTIN MUGABO PRO SE
2415 DELAWARE AVE #2 BUFFALO NY

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☒ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | **PERSONAL PROPERTY** | **LABOR** | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ☐ 480 Consumer Credit (15 USC 1681 or 1692) |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | ☐ 861 HIA (1395ff) | ☐ 485 Telephone Consumer Protection Act |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) | ☐ 490 Cable/Sat TV |
| ☐ 196 Franchise | | ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 850 Securities/Commodities/ Exchange |
| | | | | ☐ 864 SSID Title XVI | |
| | | | | ☐ 865 RSI (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☒ 440 Other Civil Rights | **Habeas Corpus:** | ☐ 791 Employee Retirement Income Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | | ☐ 896 Arbitration |
| ☐ 240 Torts to Land | ☒ 443 Housing/ Accommodations | ☐ 530 General | | | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 462 Naturalization Application | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation - Transfer
- ☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
DOMESTIC TERRORISM LAW ON INDIVIDUALS

Brief description of cause:
440 CIVIL RIGHTS

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

**DEMAND $**

CHECK YES only if demanded in complaint:
**JURY DEMAND:** ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE: HON. RICHARD J. ARCARA
DOCKET NUMBER: 20-CV-348

**DATE** 04/06/2020

**SIGNATURE OF ATTORNEY OF RECORD**
PRO SE

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____