Judgment in a Civil Case
===

United States District Court
WESTERN DISTRICT OF NEW YORK

AUGUSTIN MUGABO

v.

MR. DONARD MCANDREW, ET AL.

**PARTIAL JUDGMENT IN A CIVIL CASE**
CASE NUMBER: 20-CV-409

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED: that the Defendants', McAndrew and Community Services, Motion for Entry of Partial Final Judgment is Granted and that the Court certifies that any appeal would not be taken in good faith and, therefore leave to appeal to the Court of Appeals as a poor person is denied, further requests to proceed on appeal as a poor person should be directed, on motion, to the United States Court of Appeals for the Second Circuit.

Date: May 31, 2022

MARY C. LOEWENGUTH
CLERK OF COURT

By: s/Jennifer V.
    Deputy Clerk