Judgment in a Civil Case

## United States District Court
## WESTERN DISTRICT OF NEW YORK

Augustin Mugabo

    v.

Donard McAndrew, et al

**JUDGMENT IN A CIVIL CASE**
CASE NUMBER: 20-cv-00409

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED: that defendants' motions to dismiss are granted with prejudice.

Date: May 3, 2024

MARY C. LOEWENGUTH
CLERK OF COURT

By: s/ Donna
    Deputy Clerk